Michelle Marchetta Kenyon, (SBN 127969)
City Attorney, City of Calistoga
E-mail: mkenyon@bwslaw.com
Amy E. Hoyt, (SBN 149789)
E-mail: ahoyt@bwslaw.com
BURKE, WLLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, California 94612-3501
Tel: 510-273-8780   Fax: 510-839-9104

Attorneys for Respondents
City of Calistoga and W. Scott Snowden

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANCHO DE CALISTOGA, A CALIFORNIA GENERAL PARTNERSHIP,<br><br>Petitioner,<br><br>v.<br><br>THE CITY OF CALISTOGA, THE CITY OF CALISTOGA HEARING OFFICER, W. SCOTT SNOWDEN,<br><br>Respondents. | Case No. C11-05015 JSW (ADR)<br><br>REVISED STIPULATION REQUESTING CONTINUANCE OF THE HEARING ON RESPONDENTS' RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS; AND [PROPOSED] ORDER<br><br>Action Filed  : October 11, 2011<br>Trial Date    : None Set |
| THE TENANTS RESIDING AT RANCHO DE CALISTOGA MOBILEHOME PARK,<br><br>Real Parties in Interest. | |

Respondents City of Calistoga and W. Scott Snowden ("Respondents") and Petitioner Rancho de Calistoga ("Petitioner"), (collectively, the "Parties") stipulate to a continuance of the hearing date on the Respondents' Rule 12(b)(1) and 12(B)(6) Motion to Dismiss. The parties request the continuance because counsel for Respondents is unavailable on May 4, 2012.

1   The hearing on the Motion to Dismiss was originally scheduled for March 23, 2012. On
2   March 3, 2012, the Court, on its own motion, continued the hearing to May 4, 2012 at 9:00 a.m.
3   Because counsel for Respondents is unavailable on May 4, the Parties hereby stipulate that the
4   hearing be continued until June 29, 2012 at 9:00 a.m.

5   The parties respectfully request that the Court order such a continuance.

Dated: March 20, 2012

LAW OFFICES OF ANTHONY C. RODRIGUEZ

By: /s/ Anthony C. Rodriguez
Anthony C. Rodriguez
Attorneys for Petitioner
Rancho de Calistoga

Dated: March 20, 2012

Michelle Marchetta Kenyon
City Attorney
CITY OF CALISTOGA
BURKE, WILLIAMS & SORENSEN LLP

By: /s/ Amy E. Hoyt
Amy E. Hoyt
Attorneys for Respondents
City of Calistoga and W. Scott Snowden

## ORDER

**FOR GOOD CAUSE SHOWN**, the hearing date on the Respondents' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss will be continued from Friday, May 4, 2012, at 9:00 a.m. to **June 29, 2012, at 9:00 a.m.** If the Court finds the matter suitable for disposition without oral argument, it shall notify them in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: March 23, 2012

/s/ Jeffrey S. White
HON. JEFFREY S. WHITE
JUDGE OF THE UNITED STATES DISTRICT
COURT – NORTHERN DISTRICT

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

RIV #4813-1303-8607 v1   - 2 -   STIPULATION REQUESTING
CONTINUANCE C11-05015 JSW