IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANCHO DE CALISTOGA, | No. C 11-05015 JSW |
| Plaintiff, | **ORDER REQUIRING JOINT STATUS REPORT RE STATE COURT PROCEEDINGS** |
| v. | |
| THE CITY OF CALISTOGA, et al., | |
| Defendants. | |

It is HEREBY ORDERED that the parties shall submit a joint status report setting forth the current status of the state court proceedings by no later than June 25, 2012. The joint status report required by this Order shall not include any argument relating to the impact of the state court proceedings on the pending motion to dismiss.

**IT IS SO ORDERED.**

Dated: June 20, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE