IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANCHO DE CALISTOGA,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY OF CALISTOGA, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-05015 JSW<br><br>**ORDER REQUIRING REDLINE VERSION OF AMENDED PETITION** |

In considering Defendants' motion to dismiss the amended petition for a writ of mandamus, the Court would be greatly assisted by the submission of a redline version of the amended petition, filed on July 25, 2012, documenting the changes from the original petition, filed on October 11, 2011. Therefore, IT IS HEREBY ORDERED that Plaintiff shall submit such a redline version by no later than November 7, 2012.

**IT IS SO ORDERED.**

Dated: November 1, 2012

                                        JEFFREY S. WHITE<br>
                                      UNITED STATES DISTRICT JUDGE